UNITED STATES of America,
Plaintiff–Appellee,

v.

Ignacio VELAZQUEZ–MERCADO, aka Ignacio Velasquez–Mercado, Ignacio Blazquez Mercado, Defendant–Appellant.

No. 03–10161.

D.C. No. CR–02–02205–CKJ.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 12, 2003.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**913**

Christina M. Cabanillas, Nathan D. Leonardo, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Ignacio Velazquez–Mercado, pro se, Florence, AZ, for Defendant–Appellant.

Randolfo V. Lopez, Law Office of Randolfo V. Lopez, Tucson, AZ, for Defendant–Appellant.

Before GOODWIN, WALLACE and McKEOWN, Circuit Judges.

### MEMORANDUM**

Ignacio Velazquez–Mercado appeals the judgment imposing a 55–month sentence pursuant to his guilty-plea conviction for attempted entry after deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Velazquez–Mercado has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Velazquez–Mercado has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.